GEORGE ERHARD v. MORITZ WAGNER.[2]

June 16, 1911.

Nos. 17,131—(86).

**Former decision followed.**

Action in the district court for Carver county to enjoin defendant from maintaining a certain drainage ditch and to recover $350 damages for injury to plaintiff's land. The case was tried before Powers, J., acting for the judge of the Eighth judicial district, who made findings and ordered judgment in favor of plaintiff, and for $70. From an order denying defendant's motion for a new trial, he appealed. Affirmed.

John J. Fahey, for appellant.

Thomas F. Craven, for respondent.

[1]Reported in 131 N. W. 481.                    [2]Reported in 131 N. W. 1133.

PER CURIAM.

This action was before the court on a former appeal. 104 Minn. 258, 116 N. W. 577. A second trial resulted in an order for judgment in plaintiff's favor, and defendant appealed from an order denying a new trial. We have examined the record with care, and find the evidence substantially like that presented on the first appeal, and therefore follow and apply the former decision as the law of the case. The facts are fully stated in the opinion therein rendered, and need not be repeated.

Order affirmed.